**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAVID GONZALEZ,            :   No. 40 WM 2019

           Petitioner       :

        v.                 :

BRAD TRATE, WARDEN, ET. AL.,    :
RHODES, CAPTAIN; C. OLEWINSKI,   :
OFFICER; S. MEISSNER, OFFICER; D.   :
CORBIN; OFFICER, G. TRONETTI; LT., J.   :
ZEHER, CASE MANAGER; K. BACOTE,   :
ALTERNATIVE DHO; UNITED STATES   :
OF AMERICA, INC., FEDERAL PRISONS   :
INDUSTRIES, INC.,               :

        Respondents     :


## ORDER


**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, the Application for Leave to File

Original Process is GRANTED, and the "Complaint-Affidavit Application Entitling David

Gonzalez to a Constitutional Writ of Habeas Corpus" is DENIED.